United States Bankruptcy Court for the:

**District of New Jersey**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**

Ernie's Auto Detailing, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

46-2263570

**4. Debtor's address**

**Principal place of business**

404 Clifton Avenue
Number          Street

Clifton                    NJ      07011
City                       State    ZIP Code

Passaic County
County

**Mailing address, if different from principal place of business**

Number          Street

P.O. Box

City                       State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                       State    ZIP Code

**5. Debtor's website** (URL)

https://www.erniesautodetailinginc.com/

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | Ernie's Auto Detailing, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

7542

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Ernie's Auto Detailing, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

Number          Street

_____

_____

City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Ernie's Auto Detailing, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** --  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/22/2021
                MM  /  DD  /  YYYY

✖ /s/ Buenaventura Decena            Buenaventura Decena
Signature of authorized representative of debtor     Printed name

Title  President

18. **Signature of attorney**

✖ /s/ Donald F. Campbell, Jr.        Date    11/22/2021
Signature of attorney for debtor             MM   /  DD  /  YYYY

Donald F. Campbell, Jr.
Printed name
Giordano, Halleran & Ciesla, P.C.
Firm name
125 Half Mile Road Suite 300
Number        Street
Red Bank                          NJ        07701-6777
City                             State      ZIP Code

(732) 741-3900                   dcampbell@ghclaw.com
Contact phone                    Email address

030402001                        NJ
Bar number                       State

| Fill in this information to identify the case: |
|---|

Debtor name     Ernie's Auto Detailing, Inc.
_____

United States Bankruptcy Court for the:   District of New Jersey
_____
                                                 (State)

Case number (If known):    _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      **12/15**

---

**Part 1:**    **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
         Copy line 88 from *Schedule A/B* ...........................................................     $ _____ 0.00

     1b. **Total personal property:**
         Copy line 91A from *Schedule A/B*.....................................................     $ _____ 517,883.21

     1c. **Total of all property:**
         Copy line 92 from *Schedule A/B* .......................................................     $ _____ 517,883.21

---

**Part 2:**    **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................     $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................     $ _____ 105,657.67

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .................     **+** $ _____ 203,172.45

4. **Total liabilities** .....................................................................................................................     $ _____ 308,830.12
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___Ernie's Auto Detailing, Inc.___

United States Bankruptcy Court for the: ___District of New Jersey___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Jorge Almonte Ortega 518 46th Apt 2 Brooklyn, NY, 11220 | | Settlement Agreement | | | | 90,000.00 |
| 2  Department of the Treasury IRS PO Box 219236 Stop 5000 Kansas City, MO, 64121 | 800-829-3903 | Taxes & Other Government Units | | | | 57,541.65 |
| 3  LRN Distributors LLC 1225 Seaman Ave Beachwood, NJ, 08722 | | Suppliers or Vendors | | | | 31,528.47 |
| 4  Chase Business Card Cardmember Service PO Box 1423 Charlotte, NC, 28201 | | Credit Card Debt | | | | 28,879.00 |
| 5  New Jersey Div of Taxation Revenue Processing Ctr Corporation Business Tax PO Box 257 Trenton, NJ, 08646-0257 | | Taxes & Other Government Units | | | | 24,504.81 |
| 6  State of New Jersey Division of Taxation PO Box 245 Trenton, NJ, 08695 | | Taxes & Other Government Units | | | | 23,611.21 |
| 7  V & L Sales Inc 52 Bellavista Ave Belleville, NJ, 07109 | Vincent Ciandella (973) 751-4410 | Suppliers or Vendors | | | | 18,000.00 |
| 8  Ramon Perez c/o Lee Litigation Group, PLLC 148 West 24th Street, 8th fl New York, NY, 10011 | | Settlement Agreement | | | | 10,000.00 |

Debtor  Ernie's Auto Detailing, Inc.
_____        Case number (*if known*)_____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Robert Gutierrez Rosario c/o Michael Faillace & Associates 60 E. 42nd St., Ste 4510 New York, NY, 10165 | | Settlement Agreement | | | | 10,000.00 |
| 10 | Carlos Amaya c/o James Francis Sullivan Law Offices 52 Duane Street, 7th Floor New York, NY, 10007 | James F. Sullivan 212-374-0009 jsullivan@jfslaw.net | Settlement Agreement | | | | 7,999.98 |
| 11 | Pjk Sales Inc 521 Valley Brook Ave Lyndhurst, NJ, 07071 | PAUL KEARNEY (201) 939-0049 | Suppliers or Vendors | | | | 2,318.00 |
| 12 | TD Card Services P.O. Box 23072 Columbus, GA, 31902-3072 | | Credit Card Debt | | | | 1,598.00 |
| 13 | Maximus Detailing Products 2 Commerce Court, Wappingers Falls, NY, 12590 | (845) 227-4500 maximusmfg@gmail.com | Suppliers or Vendors | | | | 1,500.00 |
| 14 | Chemtech Distributors, Inc. 20 McAlpine Dr Poughkeepsie, NY, 12601 | | Suppliers or Vendors | | | | 1,349.00 |
| 15 | Manuel Diaz-Minaya 4814 E Avenue Brooklyn, NY, 11218 | | wages | | | | 0.00 |
| 16 | Misael Darden Reyes | | Wages | | | | 0.00 |
| 17 | Vielman Segura 277 Cove Road Stamford, CT, 06902 | | Wages | | | | 0.00 |
| 18 | Victor Morena c/o Samuel & Stein 1441 Broadway New York, NY, 10018 | | Wages | | | | 0.00 |
| 19 | Raul Siancas c/o Moser Law Firm PC 5 E. Main Street Huntington, NY, 11743 | Steven John Moser, Esq. 631-759-9766 smoser@moseremploymentlaw.com | FLSA | | | | 0.00 |
| 20 | US Department of Labor 201 Varick Street, Room 983 Attn:  Megan J. Harris New York, NY, 10014 | Megan J. harris 646-264-3657 harris.megan.j@dol.gov | FLSA | | | | 0.00 |

**Fill in this information to identify the case:**

Debtor name ___Ernie's Auto Detailing, Inc.___

United States Bankruptcy Court for the: ___District of New Jersey___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|---|
| 3.1. | Chase | Checking | 0  2  8  9 | $ 101,786.45 |
| 3.2. | TD Bank | Checking | 8  8  7  8 | $ 84,066.31 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $ _____
   4.2. _____ $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 185,852.76

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____ $ _____
   7.2. _____ $ _____

Debtor   Ernie's Auto Detailing, Inc.
         _____   Case number (if known)_____
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____

   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                   $_____

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                    Current value of debtor's
                                                                    interest

11. **Accounts receivable**

    11a. 90 days old or less:   0.00               _   0.00                       = .......➔   $ 0.00
                                _____       _____
                                face amount             doubtful or uncollectible accounts

    11b. Over 90 days old:      216,000.00         _   0.00                       = .......➔   $ 216,000.00
                                _____       _____
                                face amount             doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $ 216,000.00

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                    Valuation method            Current value of debtor's
                                                    used for current value       interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____   _____   $_____

    14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1._____   _____%   _____   $_____

    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____

    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                             $_____

---

Debtor  Ernie's Auto Detailing, Inc.
         Name                                                    Case number (if known)_____

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** Auto detailing equipment | MM / DD / YYYY | $_____ | MACRS | 36,000.00 $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $ 36,000.00

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor    Ernie's Auto Detailing, Inc.
_____
Name

Case number (*if known*)_____

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **39. Office furniture**<br>5 offices desks | $_____ | Debtor | $ 1,500.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers | $_____ | Debtor | $ 600.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | · _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 2,100.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Ernie's Auto Detailing, Inc.
_____          Case number (if known)_____
          Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2015 Ford F150 Supercrew | $_____ | KBB | $ 25,000.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Buffer, vacuums, hoses, buckets, cleaning supplies | | | |
| | $_____ | Debtor | $ 36,000.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.
$ 61,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Ernie's Auto Detailing, Inc.    Case number (if known)_____
_____
Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  404 Clifton Avenue, Clifton, NJ | Lessee | $_____ | _____ | Unknown $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor    Ernie's Auto Detailing, Inc.    Case number *(if known)*_____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

---
**Part 11:    All other assets**
---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➡  $_____
                               Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                        $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                        $_____

Nature of claim     _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                        $_____

Nature of claim     _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____                        $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

401(k) Profit Sharing Plan & Trust                    $ 16,930.45

_____                        $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $ 16,930.45

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Ernie's Auto Detailing, Inc.    _____     Case number _(if known)_____

Name

---

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $ 185,852.76 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $ 0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $ 216,000.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $ 0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $ 36,000.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $ 2,100.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $ 61,000.00 | |
| 88. **Real property.** _Copy line 56, Part 9._ .............................................. ➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $ 0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $ 16,930.45 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 517,883.21 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................ 517,883.21   $ 517,883.21

**Fill in this information to identify the case:**

Debtor name _____Ernie's Auto Detailing, Inc._____

United States Bankruptcy Court for the: ___District of New Jersey___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Creditor's name<br><br>_____<br><br>Creditor's mailing address<br><br>_____<br>_____<br><br>Creditor's email address, if known<br>_____ | Describe debtor's property that is subject to a lien<br><br>[ ]<br><br>Describe the lien<br>_____<br><br>Is the creditor an insider or related party?<br>☐ No<br>☐ Yes | $_____ | $_____ |
| Date debt was incurred _____<br>Last 4 digits of account number ____ ____ ____ ____<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor,<br>[ ] | Is anyone else liable on this claim?<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br><br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** Creditor's name<br><br>_____<br><br>Creditor's mailing address<br><br>_____<br>_____<br><br>Creditor's email address, if known<br>_____ | Describe debtor's property that is subject to a lien<br><br>[ ]<br><br>Describe the lien<br>_____<br><br>Is the creditor an insider or related party?<br>☐ No<br>☐ Yes | $_____ | $_____ |
| Date debt was incurred _____<br>Last 4 digits of account number ____ ____ ____ ____<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>[ ]<br>  ☐ Yes. The relative priority of creditors is specified on lines _____ | Is anyone else liable on this claim?<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br><br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

**Fill in this information to identify the case:**

Debtor  Ernie's Auto Detailing, Inc.

United States Bankruptcy Court for the:  District of New Jersey

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address
Department of the Treasury IRS
PO Box 219236
Stop 5000
Kansas City, MO, 64121

As of the petition filing date, the claim is: $ 57,541.65    $ 57,541.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2019

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number    3570

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
NJ Dept of Labor Division of Wage & Hour
Compliance
1 John Fitch Plaza - 1st Floor
PO Box 389
Trenton, NJ, 08625-0389

As of the petition filing date, the claim is: $ Unknown    $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

**2.3** Priority creditor's name and mailing address
NYS Department of Labor
Building 12
W.A. Harriman Campus
Albany, NY, 12240

As of the petition filing date, the claim is: $ Unknown    $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

Debtor    Ernie's Auto Detailing, Inc.
Name

Case number *(if known)*_____

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.4** **Priority creditor's name and mailing address**

New Jersey Div of Taxation Revenue Processing Ctr
Corporation Business Tax
PO Box 257
Trenton, NJ, 08646-0257

$ 24,504.81        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2019

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** 3570

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.5** **Priority creditor's name and mailing address**

State of New Jersey
Division of Taxation
PO Box 245
Trenton, NJ, 08695

$ 23,611.21        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2019

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** 3570

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.___** **Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.___** **Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

Debtor __Emilie's Auto Detailing, Inc._____    Case number _(if known)_____
         Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Bay Ridge Automotive Management Corp
7500 West Side Ave,
North Bergen, NJ, 07047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Settlement Agreement

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Carlos Amaya
c/o James Francis Sullivan Law Offices
52 Duane Street, 7th Floor
New York, NY, 10007

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Settlement Agreement

$ 7,999.98

**Date or dates debt was incurred** __10/06/2020__

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Chase Business Card
Cardmember Service
PO Box 1423
Charlotte, NC, 28201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 28,879.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Chemtech Distributors, Inc.
20 McAlpine Dr
Poughkeepsie, NY, 12601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,349.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Eliseo A. Segura

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Ignacio Monterroso
34 Woodcliff Street
Summit, NJ, 07902

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor __Ernie's Auto Detailing, Inc._____     Case number _(if known)_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.7** Nonpriority creditor's name and mailing address

Joel Urena
535 Palmer Rd
Yonkers, NY, 10701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.8** Nonpriority creditor's name and mailing address

Jorge Almonte Ortega
518 46th
Apt 2
Brooklyn, NY, 11220

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Settlement Agreement

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 90,000.00

---

**3.9** Nonpriority creditor's name and mailing address

Jose Luis Estrada
33 Midiano Ave
Port Chester, NY, 10573

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.10** Nonpriority creditor's name and mailing address

LRN Distributors LLC
1225 Seaman Ave
Beachwood, NJ, 08722

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 31,528.47

---

**3.11** Nonpriority creditor's name and mailing address

Manuel Alejandro De La Cruz

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

Debtor    Ernie's Auto Detailing, Inc.
                                                        Case number (if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.12** **Nonpriority creditor's name and mailing address**

Manuel Diaz-Minaya
4814 E Avenue
Brooklyn, NY, 11218

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ Unknown

---

**3.13** **Nonpriority creditor's name and mailing address**

Maximus Detailing Products
2 Commerce Court,
Wappingers Falls, NY, 12590

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,500.00

---

**3.14** **Nonpriority creditor's name and mailing address**

Misael Darden Reyes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ Unknown

---

**3.15** **Nonpriority creditor's name and mailing address**

Nicolas Lopez Rosado
c/o Cilenti & Cooper, PLLC
10 Grand Central 155 East 44th Street 6th Floor
New York, NY, 10017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  failure to page wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ Unknown

---

**3.16** **Nonpriority creditor's name and mailing address**

Nolvin Anibal Perez
206 Grace Church St
Port Chester, NY, 10573

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ Unknown

---

Debtor _Ernie's Auto Detailing, Inc._____    Case number (if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.17**  Nonpriority creditor's name and mailing address

Odalis Berroa Hernandez
39-22 51st St
Woodside, NY, 11377

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.18**  Nonpriority creditor's name and mailing address

Pjk Sales Inc
521 Valley Brook Ave
Lyndhurst, NJ, 07071

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,318.00

---

**3.19**  Nonpriority creditor's name and mailing address

Ramon Perez
c/o Lee Litigation Group, PLLC
148 West 24th Street, 8th fl
New York, NY, 10011

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Settlement Agreement

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,000.00

---

**3.20**  Nonpriority creditor's name and mailing address

Raul Siancas
c/o Moser Law Firm PC
5 E. Main Street
Huntington, NY, 11743

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: FLSA

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.21**  Nonpriority creditor's name and mailing address

Robert Gutierrez Rosario
c/o Michael Faillace & Associates
60 E. 42nd St., Ste 4510
New York, NY, 10165

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Settlement Agreement

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,000.00

Debtor ___Ernie's Auto Detailing, Inc.___
        Name

Case number _(if known)_____

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 22   **Nonpriority creditor's name and mailing address**

TD Card Services
P.O. Box 23072
Columbus, GA, 31902-3072

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,598.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 23   **Nonpriority creditor's name and mailing address**

US Department of Labor
201 Varick Street, Room 983
Attn: Megan J. Harris
New York, NY, 10014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** FLSA

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred ___12/02/2020___

Last 4 digits of account number _____

**3.** 24   **Nonpriority creditor's name and mailing address**

V & L Sales Inc
52 Bellavista Ave
Belleville, NJ, 07109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 25   **Nonpriority creditor's name and mailing address**

Victor Morena
c/o Samuel & Stein
1441 Broadway
New York, NY, 10018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 26   **Nonpriority creditor's name and mailing address**

Vielman Segura
277 Cove Road
Stamford, CT, 06902

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Ernie's Auto Detailing Inc
          Name                                                    Case number (if known)_____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|--------------------------------------------------|

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Amy Tai<br>US Dept of Labor Office of the Solicitor<br>201 Varick St., Room 983<br>New York, NY, 10014 | Line 3.23<br>☐ Not listed. Explain: | _____ |
| 4.2. | Freeborn & Peters LLP<br>1155 Avenue of the Americas<br>26th Floor<br>New York, NY, 10036 | Line 3.1<br>☐ Not listed. Explain | _____ |
| 4.3. | Law Offices of James F. Sullivan, P.C.<br>52 Duane Street<br>7th Floor<br>New York, NY, 10007 | Line 3.2<br>☐ Not listed. Explain | _____ |
| 4.4. | Lee Litigation Group, PLLC<br>148 West 24th Street<br>8th Floor<br>New York, NY, 10011 | Line 3.19<br>☐ Not listed. Explain | _____ |
| 4.1. | Michael Faillace & Associates<br>60 E 42nd Street<br>Suite 4510<br>New York, NY, 10165 | Line 3.21<br>☐ Not listed. Explain | _____ |
| 4.5. | Moser Law Firm PC<br>5E Main St.<br>Huntington, NY, 11743 | Line 3.20<br>☐ Not listed. Explain | _____ |
| 4.6. | Samuel & Stein<br>1441 Broadway<br>Suite 6085<br>New York, NY, 10018 | Line 3.17<br>☐ Not listed. Explain | _____ |
| 4.7. | Samuel & Stein<br>1441 Broadway<br>Suite 6085<br>New York, NY, 10018 | Line 3.5<br>☐ Not listed. Explain | _____ |
| 4.8. | Samuel & Stein<br>1441 Broadway<br>Suite 6085<br>New York, NY, 10018 | Line 3.8<br>☐ Not listed. Explain | _____ |
| 4.9. | Samuel & Stein<br>1441 Broadway<br>Suite 6085<br>New York, NY, 10018 | Line 3.7<br>☐ Not listed. Explain | _____ |
| 4.10. | Samuel & Stein<br>1441 Broadway<br>Suite 6085<br>New York, NY, 10018 | Line 3.16<br>☐ Not listed. Explain | _____ |
| 4.11. | Samuel & Stein<br>1441 Broadway<br>Suite 6085<br>New York, NY, 10018 | Line 3.25<br>☐ Not listed. Explain | _____ |

Debtor  Ernie's Auto Detailing, Inc.                                    Case number (if known)
         Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__13 Samuel & Stein<br>1441 Broadway<br>Suite 6085<br>New York, NY, 10018 | Line 3.12<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | _____ |

Debtor    Ernie's Auto Detailing, Inc.
_____    Case number (if known) _____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 105,657.67 |
| 5b. **Total claims from Part 2** | 5b.    + | $ 203,172.45 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 308,830.12 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Ernie's Auto Detailing, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of New Jersey</td></tr>
<tr><td>Case number (If known):</td><td>Chapter  11</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 404 Clifton Ave., Clifton, NJ Lessee | Aljor Investments LLC c/o Jeffrey  Marks 415 Clifton Avenue Clifton, NJ, 07011 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name _____Ernie's Auto Detailing, Inc._____

United States Bankruptcy Court for the: __District of New Jersey_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 ERNESTO DECENA a/k/a BUENAVENTURA E. DECENA | ERNESTO DECENA a/k/a BUENAVENTURA E. DECENA<br>86 Spring Street<br>Passaic, NJ 07055 | US Department of Labor | ☐ D<br>☒ E/F<br>☐ G |
| 2.2 ERNESTO DECENA | ERNESTO DECENA a/k/a BUENAVENTURA E. DECENA<br>86 Spring Street<br>Passaic, NJ 07055 | Ramon Perez | ☐ D<br>☒ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _____Ernie's Auto Detailing, Inc._____

United States Bankruptcy Court for the:  District of New Jersey

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY | to    Filing date | ☑ Operating a business<br>☐ Other | $_____0.00 |
| **For prior year:** | From 01/01/2020<br>MM / DD / YYYY | to 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $____2,316,162.00 |
| **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY | to 12/31/2019<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $____3,410,119.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY | to    Filing date | _____ | $_____0.00 |
| **For prior year:** | From 01/01/2020<br>MM / DD / YYYY | to 12/31/2020<br>MM / DD / YYYY | _____ | $_____0.00 |
| **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY | to 12/31/2019<br>MM / DD / YYYY | _____ | $_____0.00 |

| Debtor | Ernie's Auto Detailing, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br>_____ | _____<br>_____ | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | _____<br>_____<br>_____ | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Buenaventura Decena<br>Insider's name<br>86 Spring Street<br>Passaic, NJ 07055<br><br>Relationship to debtor<br>President | _____<br>_____<br>_____ | $ 106,000.00 | Compensation |
| 4.2. | _____<br>Insider's name<br><br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ _____ | |

---

| Debtor | Ernie's Auto Detailing, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

### Part 3:  Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Perez v. Ernie's Auto Detailing, Inc. et al | Fair Labor Standards Act | Eastern District of New York (Central Islip) | ☐ Pending ☐ On appeal ☑ Concluded |
| | Case number | | 100 Federal Plaza Central Islip, NY 11722 | |
| | 2:20-cv-04798-BMC | | | |
| 7.2. | Case title Rosario v. Ernie's Auto Detailing Inc. et al | | Court or agency's name and address Eastern District of New York (Brooklyn) | ☐ Pending ☐ On appeal ☑ Concluded |
| | Case number | 710 Labor: Fair Standards | 225 Cadman Plaza Brooklyn, NY 11201 | |
| | 1:20-cv-03762-BMC | | | |

| Debtor | Ernie's Auto Detailing, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | | Name |
| | **Case number** | |
| | **Date of order or assignment** | |

---

**Part 4:** **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| 9.2. Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |

---

**Part 5:** **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

| Debtor | Ernie's Auto Detailing, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Giordano, Halleran & Ciesla, P.C. | Attorney Fee for filing of this bankruptcy | 06/2021 | $ 15,000.00 |
| | **Address** | | | |
| | 125 Half Mile Road<br>Suite 300<br>Red Bank, NJ 07701 | | | |
| | **Email or website address**<br>www.ghclaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

| Debtor | Ernie's Auto Detailing, Inc. | Case number (if known)_____ |
|--------|------------------------------|------------------------------------------|
|        | Name                         |                                          |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| 14.2. | | From _____  To _____ |

| Debtor | Ernie's Auto Detailing, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ <br> Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? <br><br> *Check all that apply:* <br><br> ☐ Electronically <br> ☐ Paper |
| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. | _____ <br> Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? <br><br> *Check all that apply:* <br><br> ☐ Electronically <br> ☐ Paper |

---

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

| Debtor | Ernie's Auto Detailing, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No ☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No ☐ Yes |
| Address | | | |

---

| Debtor | Ernie's Auto Detailing, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ | | | $_____ |
| Name | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

Debtor    Ernie's Auto Detailing, Inc.
_____      Case number (if known)_____
Name

---

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ <br> Name | _____ <br> Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____    To _____ |
| 25.2. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____    To _____ |
| 25.3. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____    To _____ |

---

| Debtor | Ernie's Auto Detailing, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Dates of service |
|---|---|---|
| 26a.1. | Emanuel Forlenza Jr., CPA | From _____ |
| | Name | To _____ |
| | 546 Washington Avenue, Nutley, NJ 07110 | |

| Name and address | | Dates of service |
|---|---|---|
| 26a.2. | | From _____ |
| | Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | | Dates of service |
|---|---|---|
| 26b.1. | | From _____ |
| | Name | To _____ |

| Name and address | | Dates of service |
|---|---|---|
| 26b.2. | | From _____ |
| | Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | | |
| | Name | |

Debtor    Ernie's Auto Detailing, Inc.
_____
Name

Case number *(if known)*_____

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
| --- |

26d.1. _____
Name

| Name and address |
| --- |

26d.2. _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
| --- |

27.1. _____
Name

Debtor  Ernie's Auto Detailing, Inc.
_____
Name

Case number (if known)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.    _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Buenaventura Decena | 86 Spring Street, Passaic, NJ 07055 | President | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Buenaventura Decena | 106,000.00 | _____ | |
|   Name | | | |
|   86 Spring Street | | _____ | |
|   Passaic, NJ 07055 | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

Debtor  Ernie's Auto Detailing, Inc.
_____       Case number (if known)_____
        Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | |
| Name | | |
| | | |
| | | |
| Relationship to debtor | | |
| | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Ernies Auto Detailing Inc 401(k) Profit Sharing Plan & Trust | EIN: 46-2263570 |

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/22/2021
              MM  / DD  / YYYY

✖ /s/ Buenaventura Decena                              Printed name  Buenaventura Decena
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name    Ernie's Auto Detailing, Inc.    _____

Case number *(if known)*_____

### Continuation Sheet for Official Form 207

7) **Legal Actions**

**Almonte Ortega et al v. Ernie's Auto Detailing, Inc. et al**

**1:20-cv-03007-BMC**

**710 Labor: Fair Standards**

**Eastern District of New York (Brooklyn)**

**225 Cadman Plaza, Brooklyn, NY 11201**

**Concluded**

**-------**

**SCALIA v. ERNIE'S AUTO DETAILING INC. et al**

**2:20-cv-17785-KM-ESK**

**710 Labor: Fair Standards**

**US District Court of New Jersey (Newark)**

**50 Walnut Street, Newark, NJ 07102**

**Pending**

**-------**

**Rosado et al v. Manhattan Luxury Automobiles, Inc. et al**

**1:19-cv-02899-LTS-JLC**

**710 Labor: Fair Standards/Voluntary Dismissal**

**Southern District of New York (Foley Square)**

**500 Pearl St,, New York, NY 10007**

**Concluded**

**-------**

**Siancas v. Rallye Motors, LLC et al**

**2:14-cv-06151-JS-SIL**

**710 Labor: Fair Standards**

**Eastern District of New York (Central Islip)**

**100 Federal Plaza, Central Islip, NY 11722**

**Pending**

**-------**

**Manhattan Jeep Chrysler Dodge, Inc.**

Debtor Name    Ernie's Auto Detailing, Inc. _____    Case number *(if known)* _____

## Continuation Sheet for Official Form 207

18-10657-mew

Creditor in Chapter 11 Bankruptcy

Southern District of New York (Manhattan)

1 Bowling Green, New York, NJ 10004

Concluded

-------

Amaya v. Decena et. al.

2:19-cv-07194-AKT

710 Labor: Fair Standards

Eastern District of New York (Central Islip)

100 Federal Plaza, Central Islip, NY 11722

Concluded

-------

BICOM NY, LLC, et al.

17-11906-mew

Creditor in Chapter 11 Bankruptcy

Southern District of New York (Manhattan)

1 Bowling Green, New York, NJ 10004

Pending

-------


17) Pension Contributions

Ernies Auto Detailing        46-2263570
Inc 401(k) Profit
Sharing Plan & Trust

Ernies Auto Detailing        46-2263570
Inc 401(k) Profit
Sharing Plan & Trust


32) Pension Contributions

Ernies Auto Detailing Inc 401(k)        46-2263570
Profit Sharing Plan & Trust

**Fill in this information to identify the case and this filing:**

Debtor Name ___Ernie's Auto Detailing, Inc._____

United States Bankruptcy Court for the: ___District of New Jersey_____

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ___11/22/2021___               ✗ /s/ Buenaventura Decena _____
         MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                 Buenaventura Decena_____
                                 Printed name
                                 President_____
                                 Position or relationship to debtor

United States Bankruptcy Court

District of New Jersey

In re:    Ernie's Auto Detailing, Inc.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    _____11/22/2021_____

/s/ Buenaventura Decena
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

Agustin Bencosme
350 68th St
Apt 1
Brooklyn, NY 11220

Akerodolu Oladapo
225 parkhill Avenue
5G
Staten Island, NY 10304

Akramov Mohammad
1590 W ith Street
apt 4A
Brooklyn, NY 11204

Alberth Barrientos
606 North 6
Newark, NJ 07101

Alberto Alegria
98 Sanford St
New Brunswick, NJ 08901

Alberto Decena
232 Warrent St
Apt 1
Paterson, NJ 07524

Alberto Peralta Guzman
162 mclean Ave
Apt 3-1
Yonkers, NY 10705

Alberto Rabanales
141 South Main St
Portchester, NY 10508

Alberto Rafael Taveras
1999 Morris Avenue
Apt 2
Bronx, NY 10453

Alberto Rodriguez
2980 Perry Ave
Bronx, NY 10461

Alberto Rosario
64 Union Ave
2nd Floor
Passaic, NJ 07055

Aldo Valdimir Nino rivas
20 Craft Avenue
Glen Cove, NY 11542

Alejandro Munguia
18 Clinton St
Morristown, NJ 07960

Alejandro Sanchez Munoz
1761 Springfield Ave
Pennsauken, NJ 08110

Alexander Santos
210 Stanton St
New York, NY 10002

Alexandra Ortega
328 Alden St
Orange, NJ 07050

Alfredo A. Graciano
285 Stegman Street
Jersey City, NJ 07305

Alim Gafoor
10628 79th St.
Ozone Park, NY 11417

Alimov Jahongir
2361 Coney Island Ave
Brooklyn, NY 11223

Aljor Investments LLC
c/o Jeffrey Marks
415 Clifton Avenue
Clifton, NJ 07011

Alvaro Cuellar Ors
26 James Parker Blvd
Red Bank, NJ 07701

Alvin Sutton
114 GroveSt
Apt 7
Montclair, NJ 070442

Amadeo Hernandez
32 Saint Roch Ave
2nd Floor
Greenwich, CT 06830

Amilcar Jose Cruz Ortega
101 lewis St
Paterson, NJ 07501

Amy Tai
US Dept of Labor Office of the Solicitor
201 Varick St., Room 983
New York, NY 10014

Ana Decena
95 Spring Street
2nd floor
Passaic, NJ 07055

Ana Leticia Monterroso
30 Mytle Avenue
Long Branch, NJ 07740

Anass Sbiyyaa
8891 20th Ave
Apt 3A
Brooklyn, NY 11214

Anderson Alson Ruano
108 Springdale Avenue
Tinton Falls, NJ 07701

Andres G Hernadez Lechuga
161 Hamilton Ave
Apt 1
Passaic, NJ 07055

Andrew Collado
99 Shonnard Ave
Freeport, NY 11520

Andrew Jimenez
202 Chambersbridge Rd
Brick, NJ 08723

Angel gomez
340 Columbia Ave
Lodi, NJ 07644

Angel Rivera
500 North Forklanding Rd
Maple Shade, NJ 08052

Angela Quintana D'Brisas
485 S Washington Ave
Bergenfield, NJ 07621

Angelo Barbara
2066 Bath Ave
Brooklyn, NY 11214

Annelly Elizabeth Paulino Feliz
1745 Taylor Ave
Bronx, NY 10460

Anthony Alvarez
82 Paulison Ave
Passaic, NJ 07055

Anthony Cullins
1127 Liberty St
Camden, NJ 08104

Anthony Guerino
92 Elm Road
Newark, NJ 07101

Anthony Maldonado
2 W 7th St
Mount Vernon, NY 10550

Anthony Marcano
2117 E 13th St.
Brooklyn, NY 11229

Anthony Nixon Deshawn
14245 Sutter Ave
Jamaica, NY 11436

Anthony Roque
438 Maple Avenue
Linden, NJ 07036

Antonio Choc Tiul
146 Smith Ave
Kingston, NY 12401

Antonio Manuel Pena
714 Grand Ave
North Bergen, NJ 07047

Antonio Osorio
400 Cliff
Apt 2
Fairview, NJ 07022

Antonio Santiago Reyes
2348 University Ave
apt 25
Bronx, NY 10468

Antonio Vicente
14 Artric St
Greenwich, CT 06830

Arcadio Urena Medina
2200 Grand Ave
Bronx, NY 10453

Aridio Tolentino
490 7th St
Paterson, NJ 07514

Ariel E. Vargas
1416 White Place
Apt 32A
Bronx, NY 10452

Ariel Hernandez
413 Broadway
Ulster Park, NY 12487

Arnulfo Mena
11 Hlden St
Clifton, NJ 07011

Arsenio Decena
97 Blaine St
1st Floor
Passaic, NJ 07055

Arturo Huz
95 Franklin Turnpike
Mahwah, NJ 07430

Audi Albany
723 new Loudon Rd
Latham, NY 12110

Audy J Rodriguez
216 Clark Place
Elizabeth, NJ 07206

Augstin Zacarias Lorenzo
228 Kamena St
Fort Lee, NJ 07024

Bay  Ridge Automotive Management Corp
7500 West Side Ave,
North Bergen, NJ 07047

Bay Ridge Honda
8801 4th Ave
Brooklyn, NY 11209

Beni Yanes
39 Valentine Ave
Glen Cove, NY 11542

Benito Carchi
37 Crane St
Newark, NJ 07104

Benjamin M. Almanzar
50 E 104th St.
Apt 2H
New York, NY 10029

Benjamin Rene Peralta
640 153rd St
Apt M
New York, NY 10029

Benny Elisaul Miranda
165 Cambridge Ave
Garfield, NJ 07026

Bianca Fermin
87 Passaic St
Apt 2
Passaic, NJ 07055

Bicom NY, LLC
c/o Kelley Drye & Warren LLP
101 park Avenue
New York, NY 10178

Bill Paulino Jimenez
561 W. 179th St.
Apt 4D
New York, NY 10033

Bismark Capellan
34 Teresa Ave
Camden, NJ 08105

Blanca Reyes
24 Prospect Ave
Glen Cove, NY 11542

BMW of Bloomfield
425 Bloomfield Ave
Bloomfield, NJ 07003

Bob Francis Ramrattan
116-42 121 St
South Ozone Park, NY 11420

Body Del Rosario
671 Manida St
Bronx, NY 10474

Braian Berroa Veldez
5022 39th Ave
Woodside, NY 11377

Brandon Cruz Cueto
18 Arthur Streete
Clifton, NJ 07011

Braulio Hernandez
21 E Madison Ave
Apt 1
Clifton, NJ 07011

Brayan Martinez
7 East Ave
Glen Cove, NY 11542

Breydi Aguilar
12 Croley St
Huntington, NY 11743

Brian Johnson
38 Sears Place
2nd Floor
Clifton, NJ 07011

Brinaldy Genao
40 Morris St
Apt 404
Passaic, NJ 07055

Bryan Berrio
120 War St
Apt 11
Paterson, NJ 07505

Bryan Morel
466 E 31st
Paterson, NJ 07504

Bryan Platero
112-22 37th Ave
Apt 6A
Corona, NY 11368

Byron Javier Guaman
12 Elliot St.
Newark, NJ 07104

Capital One Bank
PO Box 6492
Carol Stream, IL 60197

Carlos A Feliz
455 E 27th St.
Orange, NJ 07051

Carlos Alcantara
722 22nd St
Apt 6
Union City, NJ 07087

Carlos Amaya
c/o James Francis Sullivan Law Offices
52 Duane Street, 7th Floor
New York, NY 10007

Carlos Amaya
6 Elk Court
Hempstead, NY 11550

Carlos Balan
35 Highland Ave
Suffern, NY 10901

Carlos Enrique Amaya
261Rector St
Annandale, NJ 08801

Carlos Henry Ortiz
567 Madison Ave
Apt 3
Paterson, NJ 07514

Carlos Hernandez Vargas
559 West 164 St.
New York, NY 10032

Carlos Isuiza
1051 Main Ave
Apt 3
Clifton, NJ 07011

Carlos J Perez
4030 Brons Blvd
Bronx, NY 10466

Carlos Manuel Brito Grullon
2084 Grand Ave
Apt B4
Bronx, NY 10453

Carlos Usbalan
35 Highland Ave
Suffern, NY 10901

Carlos Valentine
142 Prince St
Bridgeport, CT 06610

Carmen Alcantara
45 6th Ave
Apt 2
Passaic, NJ 07055

Celestino Padilla
362 Howe Ave
1st Floor
Passaic, NJ 07055

Cesar A. Ceballos Medina
1355 park Ave
New York, NY 10029

Cesar Alexander Rosario Vargas
522 14th Ave
Paterson, NJ 07504

Cesar Colon
1734 Madison Ave
New York, NY 10029

Charles Rivera
18 Laurel Ct
Belleville, NJ 07109

Chase Business Card
Cardmember Service
PO Box 1423
Charlotte, NC 28201

Chemtech Distributors, Inc.
20 McAlpine Dr
Poughkeepsie, NY 12601

Cheyenne Santiago
185 33rd St.
Browns Mills, NJ 08015

Christian Cespedes
190 Jersey City Ave
Apt 45
Jersey City, NJ 07304

Christian Sanchez
524 Cherry St
Apt 42
Elizabeth, NJ 07208

Christian Uzhca
207 W 107th St.
New York, NY 10025

Christman Decor
54 Sweetwood Drive
Cedar Grove, NJ 07009

Christopher Diaz
6810 4thAve
Brooklyn, NY 11220

Cilenti & Cooper, PLLC
708 third Avenue
6th Floor
New York, NY 10017

Citizens One Auto Finance
PO Box 42113
Providence, RI 02940

Clara Patricia Villalobos
21 Grand Ave
Apt 1B
Long Branch, NJ 07740

Confesor Feliz
47 Sherman St
Apt 1
Passaic, NJ 07055

Cornelio Cusanero
23 Clinton Place
Suffern, NY 10901

Crecencio Bautista
913 Ocean Ave
Lakewood, NJ 08701

Cristian Manuel Javier
82 Lexington Ave
Albany, NY 12206

Cristian Mena
11 Honden St
Clifton, NJ 07011

Cristian Santos
692 Broadway
Apt 2
Long Branch, NJ 07740

Cristobal William Bernabe
56 Miller Ave
Somerset, NJ 08873

Damon Micheli
24 Maloney Drive
Wappingers Falls, NY 12590

Daneuris Peralta
640 W 153rd St
Apt M
New York, NY 10033

Daniel Cuellar Bautista
108 Sprindgale Ave
Eatontown, NJ 07724

Daniel Inestroza
245 Spedwel
Plainfield, NJ 07060

Daniel Miranda
87-29 135th St.
Apt 1
Richmond Hill, NY 11418

Daniel Ojeda
429 Lennox Ave
Apt 6
New York, NY 10035

Daniel Saca
52 Mobile In
Toms River, NJ 08755

Daniel Scribner
5882 Route 82
Stanfordville, NY 12581

Daniel Trueba
6 Liberty St.
Newton, NJ 07860

Danilo Gonzalez Peralta
2198 River Ave
Camden, NJ 08105

Danilo Santana
246 3rd St.
Passaic, NJ 07055

Danny Alanya
261 Rector St.
Perth Amboy, NJ 08861

David Daniel Mendez Santana
133 N 4th St.
Paterson, NJ 07522

David Marin
503 State St.
Camden, NJ 08102

David Sundeberg
8 Beech Lane
Napanoch, NY 12458

David Villalobos
123 Murray St.
Elizabeth, NJ 07202

David's Check Cashing
3015 3rd Ave
Bronx, NY 10455

Dayron Marquez Morales
300 Frelinghuysen Ave
Newark, NJ 07114

Deini Reinoso
524 18th St
Paterson, NJ 07514

Delbi Reyes
226 Creston Ave
Apt 6E
Bronx, NY 10453

Delvinson Ledesma
384 Oak St.
Passaic, NJ 07055

Demetrio X Teyul
50 Longergan Rd
Suffern, NY 10901

Denis Alexander Portill
199 New Road
Parsippany, NJ 07054

Department of the Treasury IRS
PO Box 219236
Stop 5000
Kansas City, MO 64121

Derlin Silverio
261 Lexington Ave
Passaic, NJ 07055

Deybin Gabriel Barahona
565 Fulton Ave
Hempstead, NY 11550

Diego Salazar
124 Wyckoff
Apt 27
Eatontown, NJ 07724

Dixin Josue Alvarado Orellana
100 Myers Ave
Hicksville, NY 11801

Dnaiel Afanador
890 E 6th St.
Apt 9E
New York, NY 10009

Domingo Jose
484 Berkley St.
Uniondale, NY 11553

Donald Pleitez
7 Howard Ave
Eatontown, NJ 07724

Doroteo Siquita Morejon
50 Wayne Ave
Suffern, NY 10901

Doston Ubaydulloev
1111 E 15th St.
2A
Brooklyn, NY 11230

Douglas Aguilar
111 Maple Ave
Stamford, CT 06902

Drea Sean Lacy
148 Broad St
1st Floor
Albany, NY 12202

Ed Nelson Martinez
1888 Obrien Ave
Bronx, NY 10473

Edany B Perez
1655 Monroe Ave
apt 6F
Bronx, NY 10457

Edgar Atz Mejia
130 Washington Ave
Suffern, NY 10901

Edgar Bartolo Atz Mejia
71 Washington Ave
Suffern, NY 10901

Edgar Dominguez Jr
125 East Pennywood Ave
Roosevelt, NY 11575

Edgardo Espinoza
661 Buttonwood Ave
Apt 9
Long Branch, NJ 07740

Edilberto Munguia Ortiz
7 EastAve
Glen Cove, NY 11542

Eduardo Duverge
388 East 22nd St.
Paterson, NJ 07514

Eduardo Hernandez
327 Shea Drive
New Milford, NJ 07646

Eduardo Marin
1051 Main Ave
Apt 3
Clifton, NJ 07011

Eduardo Sousa
127 Beech St.
Kearny, NJ 07032

Edward Medina
1997 Hughes
Apt 4M
Bronx, NY 10457

Edwin Estuardo Cusanero
18 Lafayette Ave
Suffern, NY 10907

Elder Najera Trijueros
307 Talmage Ave
Bound Brook, NJ 08805

Elias Aquino Peralta
253 Stegman St
Apt 2A
Jersey City, NJ 07305

Eliezer Guzman Jr
1537 Kennedy Blvd
Jersey City, NJ 07305

Eliseo A. Segura

Eliseo A. Segura Aguilar
111 Marple Ave
Stamford, CT 06902

Eliud Hernandez Guzman
86 Spring St.
Passaic, NJ 07055

Elizabeth Salinas Jimenez
89 N Broadway
Long Branch, NJ 07740

Elmer Acosta
75 Chapel Hill Dr
Brentwood, NY 11717

Elmer Tay
11 W park Place
Suffern, NY 10901

Elvis De Jesus Cruz Valerio
1240 Walton Ave
Bronx, NY 10457

Elvis G Aguilar Cortez
29 Talmage Ave
Bound Brook, NJ 08806

Elvis Garcia
86 N 15th St.
2nd Floor
Haledon, NJ 07508

Emanuel Francisco
95 Spring St
2nd Floor
Passaic, NJ 07055

Emilio Guichardo
580 Southern Blvd
Apt 2C
Bronx, NY 10455

Emilio Rodriguez
98-23 Horoce Harding Expy
15H
Corona, NY 11368

Emmanuel Perez
129 Lake Ave
Clifton, NJ 07011

Emmanuelle Minaya Rosa
217 16th St.
Paterson, NJ 07524

Enrique Gomez
507 Teabor St
Long Branch, NJ 07740

Enrique Teodoro Morataya
37 Second Ave
Apt 16
Long Branch, NJ 07740

Enrique Villalobos
96 Grenata Ave
Roosevelt, NY 11575

Enterprise Rent A Car
PO Box 801770
Kansas City, MO 64180

Erick Jimenez
1917 Hobart Ave
Apt 2
Bronx, NY 10461

Erickson Nahum Oliva
12 Kin St.
Morristown, NJ 07960

Erie Troncoso
64 Union Ave
2nd Floor
Passaic, NJ 07055

Erik Aguilera
8 Greenwood
Apt 3
Yonkers, NY 10701

ERNESTO DECENA a/k/a BUENAVENTURA E.
DECENA
86 Spring Street
Passaic, NJ 07055

Ernesto Zavaleta Cortes
27 Highland St
apt 3
Paterson, NJ 07524

Ervin Nazario
20 Craft Ave
Glen Cove, NY 11542

Esau de Jesus Alvarado Alegria
9 Summit St.
East Orange, NJ 07017

Esmerlin Perez Popoter
29 17th Ave
Paterson, NJ 07501

Estanislao Pierrot
86 Spring St
Passaic, NJ 07055

Estarlin David Rivera Rapalo
8 Austral AVe
Glen Cove, NY 11542

Esteban Fierro
94 Berry Ave
Toms River, NJ 08753

Eulalee Campbell
39 Lindwood Place
East Orange, NJ 07017

Euripides Rodriguez
59 Sheridan Ave
Clifton, NJ 07011

Ever Gutierrez
1275 Park Ave
Bridgeport, CT 06604

Ever Rivera Martinez
52 Carroll St.
Roosevelt, NY 11575

Evin Fuentex
15 E 18th St.
Paterson, NJ 07524

Exclusive Detailing, Inc.
c/o Michael K. Chong, LLC
2 Executive Dr, Ste 240
Fort Lee, NJ 07024

Eymon Perez
79 Sherman St.
Passaic, NJ 07055

EZ Check Cashing & financial Services
682 Route 440
Jersey City, NJ 07304

Fabio Nelson Cortes
255 Old Kensicord
White Plains, NY 10607

Fabio Rodriguez
91705 Horace Harding Expy
Apt 1E
Corona, NY 11368

Faileider Cartagena
556 W 191th St
New York, NY 10040

Fatima Johana Cuellar Ruano
18 Cherry St.
Eatontown, NJ 07724

Faustino Cuevas
78 Grace Church St
Apt 4A
Port Chester, NY 10573

Felicia White
49 Winter St.
Taunton, MA 02780

Feliciano Rodriguez
1099 e 23RD sT.
Paterson, NJ 07513

Feliks Rudtser
23-05 Morlot Ave
Fair Lawn, NJ 07410

Felipe Contreras
162 Madison Ave
Paterson, NJ 07524

Fidel Cruz
58 26th
Paterson, NJ 07514

Fidel Jose Guzman Felipe
612 E 24th St.
Paterson, NJ 07514

Fisher & Phillips LLP
430 Mountain Avenue
Suite 2000
Berkeley Heights, NJ 07922

Francis Guerra
6812 Bergenline Ave
West New York, NJ 07093

Francisco Alejandro Smith Ubiera
778 E 24th St.
Paterson, NJ 07504

Francisco Espinal
34-17 109th St.
Corona, NY 11368

Francisco Javier Peralta
2115 Washington Ave
Bronx, NY 10457

Francisco Jimenez
260 67th St
Apt 6
Brooklyn, NY 11220

Francisco Marte Betance
163 Lake Ave
Clifton, NJ 07011

Francisco Pantaleon
258 Fingerboard Rd
Staten Island, NY 10305

Frank's Auto Body Inc.
115 NY-59
Hillburn, NY 10931

Franklin A. Mundle
296 Sutter Ave
6D
Brooklyn, NY 11212

Franklin Marrero
340 12th Avenue
Paterson, NJ 07514

Freddy Ramirez
297 Lexington Ave
Apt 2
Passaic, NJ 07055

Fredy Milton Carvajal
1709 Boston Rd
Apt 40
Bronx, NY 10460

Fredys Ortiz Benitez
66 Kurger Ave
Passaic, NJ 07055

Freeborn & Peters LLP
1155 Avenue of the Americas
26th Floor
New York, NY 10036

Ganesh Dalchan
2608 Creston Ave
Apt 2F
Bronx, NY 10468

Garibaldi Cuello
214 E 168th St.
Apt 3
Bronx, NY 10456

Genaro Jimenez
155 Albion Ave
Paterson, NJ 07502

Geovanny Sanchez
99 Gregory Ave
Apt 5
Passaic, NJ 07055

Geraldo Aguasanta
826 Columbus Ave
Apt 6A
New York, NY 10025

Gerard Jacob Diers
443 Kings Hwy
Saugerties, NY 12477

Gerardo Garcia
48-41 47th St
Woodside, NY 11377

Gerardo Gernandez Nunez
506 60th St
Apt 2F
Brooklyn, NY 11220

Gerson Antonio quintanilla
16 Tilton Ave
Red Bank, NJ 07701

Gerson Najarro
211 Burhans Ave
Haledon, NJ 07508

Gerson Segura
11 Maple Ave
Stamford, CT 06902

Gerson Vasquez
88-25 148th St.
Jamaica, NY 11435

Gileno Moura
300 Anderson Ave
Fairview, NJ 07022

Giullermo Mendez Dias
182 Leighton Ave
Red Bank, NJ 07701

Gliptone Inc
170 Julia Goldbach Ave
Ronkonkoma, NY 11779

Gloria Davis
244 Demott Ave
Clifton, NJ 07011

Gloria Lopez
406 3rd Ave
Asbury Park, NJ 07712

Gustavo Sanchez Lara
64 Boulevard
Suffern, NY 10901

Halanis Ortiz De Leon
396 VanHouten St.
Paterson, NJ 07501

Hanover Insurance Group
Auto Physical Damage
PO Box 15145
Worcester, MA 01615

Harkim Vargas
2350 Webster Ave
Apt 4D
Bronx, NY 10458

Harrison Jimenez
453 Hamilton St
Albany, NY 12203

Harrison Rosario
21 Spruce St
Brentwood, NY 11717

Hector J Martine
131 Central Ave
Long Branch, NJ 07740

Hector Raul Gutierrez Martinez
1275 Park Ave
Bridgeport, CT 06604

Henry Beltran
178 Winthrop Rd
Edison, NJ 08817

Henry Vasquez Perez
363 Paulison Ave
Passaic, NJ 07055

Herbert Alvarado
255 Mill Rd
Apt 6
Staten Island, NY 10306

Heriberto Morales
218 Balwin
1st Floor
New Brunswick, NJ 08901

Hernan Campos
2 Stage St
Suffern, NY 10901

Herodis Bautista
701 Summer St
Apt 1
Lynn, MA 01905

Hervin Garcia
280 Union Ave
Irvington, NJ 07111

Hever Reyes
234 Garden St.
Westbury, NY 11590

Hilda Rosa Acosta Zelaya
35 Seitz St
Hempstead, NY 11549

Hjalmar Goyes
1455 Ovington Ave
1A
Brooklyn, NY 11219

HLL Mobile Car Wash & Detailing
43 Henry St.
Passaic, NJ 07055

HLL Mobile Car Wash Detailing
144 Hamilton Ave
Apt 2
Passaic, NJ 07055

Holger Oretga
5 Harmon St.
White Plains, NY 10606

Horacio Elmer Ortiz Torres
116 Orange Ave
Suffern, NY 10901

Hugo Alexander Alvarado Martinez
127 E. 23rd
Paterson, NJ 07514

Hugo Martines
22 Brinkerhoff Place
Passaic, NJ 07055

Ibriel Zapata
326 Park Ave
Paterson, NJ 07504

Ignacio G. Pena
384-392 Oak St.
Passaic, NJ 07055

Ignacio Monterroso
34 Woodcliff Street
Summit, NJ 07902

Ignasio Monterroso
34 Woodcliff St.
Stamford, CT 06902

Iris Escobar Mejia
590 Fulton Ave
Apt 12A
Hempstead, NY 11550

Irvin Velasquez
779 11th Ave
Paterson, NJ 07514

Isael Cueto
169 Van Riper Ave
Clifton, NJ 07011

Isaih Delio Polanco
1124 Forest Ave
Staten Island, NY 10310

Isidro Grullon
353 Straight St
Paterson, NJ 07501

Ivan Matos
451 E 27th St
Apt B
Paterson, NJ 07514

Ivan Paredes
176 Columbia Ave
Passaic, NJ 07055

Ivette  Clarilu Arguera Vasquez
128 Clinton St
Hempstead, NY 11550

Izayah Irizarry
220 Madison St.
Eatontown, NJ 07724

Jackson Lewis P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, NJ 07922

Jacobo Lozada
108 Catherine St.
Red Bank, NJ 07701

Jaime Najera
307 Talmage Ave
Bound Brook, NJ 08805

Jairo O'Niell Rodriguez gonzalez
2524 Hering Ave
Apt 1
Bronx, NY 10469

Jakhongir Turdialiev
8 Brighton 15th St
1K
Brooklyn, NY 11235

Jalmizon Brito
69 Howe Ave
Apt 11
Passaic, NJ 07055

James Guerrero
276 Georgetown Ct
Albany, NY 12203

Jancer Ortiz
19 Federal St.
Passaic, NJ 07055

jassiem Morris-Bobb
346 E 28th St.
Brooklyn, NY 11226

Javier Arias
627 2ndAve
Elizabeth, NJ 07202

Javier De la Cruz
200 Baldwin Rd
Apt C27
Parsippany, NJ 07054

Javier Velasquez Zavala
14 Madison Ave
Paterson, NJ 07524

Javier Villalobos willow
417 Willow Avenue
Long Branch, NJ 07740

Jeff Rosenblum
2 Belmar Drive East
Staten Island, NY 10314

Jefferson Castillo Alberto
15 Degrove Place
Passaic, NJ 07055

Jefri Mejia
2243 Ryer Ave
Bronx, NY 10457

Jency Solis
94 Magaw Place
West Babylon, NY 11704

Jeremy Robert Clark
13 Acadamy St.
Apt 4
Poughkeepsie, NY 12601

Jerry Lopez
275 Gun Hill Roas
Apt 1E
Bronx, NY 10467

Jesenia Nunez
97 Blaine St
1st Floor
Passaic, NJ 07055

Jessica Jandres
240 Harvard St.
Hempstead, NY 11550

Jesus A. Nunez Duran
242 Ackerman Ave
Clifton, NJ 07011

Jesus Alberto Maldonado
141 Smain St.
Port Chester, NY 10573

Jesus Caniz
92-48 170th St.
Jamaica, NY 11433

Jesus Nogueira
516 Newman Springs Rd
Lincroft, NJ 07738

Jesus Proanos
447 Broadway
Passaic, NJ 07055

Jilmy Ruiz Pena
291 6th Ave
1st floor
Paterson, NJ 07524

Jimmy A. Hernandez
9 Spring Place
Morristown, NJ 07960

Joan Lora
231 N Columbus Ave
Freeport, NY 11520

Joan Martinez
130 Malcolm X Blvd
New York, NY 10026

Joan Nunez
366 41st
Apt 32
Brooklyn, NY 11232

Joe Hufg
141 Liberty St.
Long Branch, NJ 07740

Joel Cac Pop
42 Down St.
Kingston, NY 12401

Joel Gonzalo Cac Pop
42 Down St.
Kingston, NY 12401

Joel Lopez
73 Anderson Ave
Apt 2
Fairview, NJ 07022

Joel Ramirez Peralta
82 Lexington Ave
Albany, NY 12206

Joel Suriel
1350 68th St.
Brooklyn, NY 11220

Joel Urena
535 Palmer Rd
Yonkers, NY 10701

Johan Decena
131 Elliot Place
Apt 2
Bronx, NY 10452


Johan Jesus Perez Beltre
135 Sheridan Ave
2R
Brooklyn, NY 11208


Johan rodriguez
1160 229th Dr. S
Apt 4E
Bronx, NY 10466


Johan Sanchez
261 Ridgewood Ave
Apt 2
Brooklyn, NY 11208


Johan Sebastian Beltran
19 Charles St.
White Plains, NY 10606


John Polanco
4395 Broadway
New York, NY 10040


Johnathan Anderson
2225 Pitkin Ave
2 floor
Brooklyn, NY 11207


Johnny Perez
16 Lyon St.
Port Chester, NY 10573


Jonas Nehemias Diaz
110 Cedar Hill Ave
Apt 2
Mahwah, NJ 07430


Jonathan Domingo Solano Martinez
176 E 176th St.
Bronx, NY 10457


Jonathan E. Leon Ramirez
40 Morris St.
Apt 302
Passaic, NJ 07055


Jonathan Garcia
500 W 190th St.
New York, NY 10010


Jonathan Infante Restituyo
81 Hammond Ave
Passaic, NJ 07055


Jordan Beltrez
23 Ronald Pl
Roosevelt, NY 11575


Jorge Acosta
298 Montgomery St.
Passaic, NJ 07055


Jorge Albeno
9289 165th St.
Bronx, NY 10473


Jorge Almonte Ortega
518 46th
Apt 2
Brooklyn, NY 11220


Jorge De La Rosa Veloz
434 61st St.
Apt BM
Brooklyn, NY 11220


Jorge Guerrero
1 Alpine Drive
Apt F
Wappingers Falls, NY 12590


Jorge Luis Rivera Luna
8 Ann Drive
Apt 2
Danbury, CT 06810


Jorge Luis Rojas Almanzar
7 Christina Place
Apt 2
Paterson, NJ 07522


Jorge Marin
411 Fairview Ave
Fairview, NJ 07022

Jorge Miranda
5 Oadkale Manor
Apt L5
Suffern, NY 10901

Jorge Najarro
15 Maple St.
Apt 2
Ramsey, NJ 07446

Jorge Nieto
1433 Rustic Dr
Asbury Park, NJ 07712

Jorge Zelaya
11-51 Elder Ave
Apt 3E
Bronx, NY 10472

Jork Nelly Placencio
10036 Martense Ave
Corona, NY 11368

Jose  Antonio Hernandez
1 Ridgeview Place
Port Chester, NY 10573

Jose A Bar
86 Ramp Ave
Mahwah, NJ 07430

Jose A. Munoz Almonte
55 Saratoga Ave
5F
Brooklyn, NY 11233

Jose Adriel Cruz
58 Jackson St.
Passaic, NJ 07055

Jose Aguilar
615 Bergenline Ave
Apt 3
Union City, NJ 07087

Jose Alexandro Rivera
2280 Randall Ave
5K
Bronx, NY 10473

Jose Almonte
469 Union Avenue
Paterson, NJ 07522

Jose Alvarado
31st 2nd Ave
Paterson, NJ 07524

Jose Angel Cordero
1215 Union Ave
1E
Bronx, NY 10459

Jose Audon quintero
559 Martin Rd
Toms River, NJ 08753

Jose Bonilla
124 Passaic Ave
Hawthorne, NJ 07506

Jose Carlos Cosmo
244 Uniondale Ave
Uniondale, NY 11553

Jose Carlos Yucute
22 Maysener Rd
Mahwah, NJ 07430

Jose Celesten
30 Lincoln Terrace
Apt 1
Belleville, NJ 07109

Jose Cusanero
14 Clinton
Suffern, NY 10901

Jose David Gonzale
445 61st St.
Apt C
Brooklyn, NY 11220

Jose Dimas Alvarado
50 3rd Ave
Paterson, NJ 07524

Jose Domingo Gomez Garcia
546 E 182 St
Apr 1A
Bronx, NY 10472

Jose E Leon Guerra
500 E 18th St
apt 3
Bronx, NY 10458

Jose Elias Ramos
234 Garden St.
Westbury, NY 11590

Jose Ferreira
22 4th St.
Apt 6
Passaic, NJ 07055

Jose Francis
500 W 134th St.
Apt 4B
New York, NY 10031

Jose Gabriel Aquinada
132 Laurel Ave
Hempstead, NY 11550

Jose Guerra
1182 W. Farms Road
Apt 4
Bronx, NY 10453

Jose Gutierrez
224 Tremper Ave
Kingston, NY 12401

Jose Infante
359 Saint Nicholas Ave
Ridgewood, NY 11385

Jose Jaquin Arias Martinez
5723 Sheridan St.
Riverdale, MD 20737

Jose Juan Peralta
266 Bedford Park
Apt 5I
Bronx, NY 10452

Jose Luis Estrada
33 Midiano Ave
Port Chester, NY 10573

Jose Luis Juarez Cano
239 Prospect St.
Englewood, NJ 07631

Jose Luis Peralta
2000 Anthony
Apt 1E
Bronx, NY 10457

Jose Luis Peralta Peralta
138 West St
Apt 525
New York, NJ 10004

Jose Manuel Martinez
46 Tibbits Ave
White Plains, NY 10606

Jose Manuel Velasquez Fuentes
752 River St
Paterson, NJ 07524

Jose Mario Salvador
4119 41st St.
Apt 3G
Sunnyside, NY 11104

Jose Marte
515 W 135th St.
New York, NY 10031

Jose Milla
187 Valentine Ave
Bronx, NY 10468

Jose Monge
237 Marshall St.
Elizabeth, NJ 07206

Jose Osvaldo Diaz
5 Brook Street
Suffern, NY 10901

Jose Pena
1190 Shakespeare Ave
Apt 2F
Bronx, NY 10452

Jose Perez
444 Rand St.
Camden, NJ 08105

Jose Perez
115 LakeAVe
Apt 1
Clifton, NJ 07011

Jose Pichardo
644 Edgemere Ave
Uniondale, NY 11553

Jose Rafael Liriano
149 Amsterdam AVe
Apt 1719
New York, NY 10026

Jose Ramon Gardia
265 Somerset
New Brunswick, NJ 08901

Jose Rivera
2280 Randall Ave
Apt 5K
Bronx, NY 10473

Jose Satui
173 Airmont Ave
Ramsey, NJ 07446

Jose Sosa
451 East 27th St.
Paterson, NJ 07514

Jose Soto
10 E. Munson Ave
Dover, NJ 07801

Jose Tavarez
2190 2nd Avenue
New York, NY 10029

Jose W. Aguinada Orellana
13 Marvin Ave
Hempstead, NY 11550

Jose Zacarias
426 Hancock Place
Fairview, NJ 07022

Joseph Anthony Barca
1456 Dahill Rd
Brooklyn, NY 11204

Joseph Garcia
151 E. Kennedy Blvd
Bldg 20 Apt 4
Lakewood, NJ 08701

Joseph Maida
2471 84th St.,
B5
Brooklyn, NY 11214

Joseph Negron
327 Middlesex St.
Gloucester City, NJ 08030

Joshua Campana
14 Edison Ave
Apt 1
Schenectady, NY 12305

Joshua Miranda
1233 Melville Rd
Apt 43
Farmingdale, NY 11735

Joshua Ramos
4236 Malra St.
Philadelphia, PA 19124

Josiah Parker
67 Van Buren
Kingston, NY 12401

Josiah Stephney
188 A Eatoncrest Dr
Eatontown, NJ 07724

Josue Ignacio Cubero Jimenez
427 Chestnut St
Middlesex, NJ 08846

Juan A. Caputo
3308 Bailey Ave
Apt 8
Bronx, NY 10463

Juan A. Estevez Rodriguez
37 W Almond St
Vineland, NJ 08360

Juan A. Funes
106 Chestnut St
apt 502
Cherry Hill, NJ 08002

Juan Antonio Felipe
612 24st St.
Paterson, NJ 07514

Juan Aybar
144 Putham St.
Paterson, NJ 07514

Juan Berroa
2243 ryer Ave
Apt 17
Bronx, NY 10457

Juan Bustillo
2 Donahue Street
Glen Cove, NY 11542

Juan Camilo Perez
56 Dekab Ave
White Plains, NY 10605

Juan Capellan
41 Jeanette St
Albany, NY 12209

Juan Carlos Alcantara
721 22nd St.
Union City, NJ 07087

Juan Carlos Aquino
376 Poulison Ave
Passaic, NJ 07055

Juan Carlos Gomez Gallegos
115 River Dr.
Hackettstown, NJ 07840

Juan Carlos Macario
224 Riverview Place
Cliffside Park, NJ 07010

Juan Carlos Rojas
213 N 28th St.
Camden, NJ 08105

Juan E. Marte
1306 St. Nicolas Ave
Apt 11
New York, NY 10001

Juan Eduardo Cubas
385 Molley St
Copiague, NY 11726

Juan Esteban Acosta
34 Eagle Ave
Paterson, NJ 07503

Juan Francisco Guevara Cruz
820 Linden Ave
Elizabeth, NJ 07201

Juan Jose Cruz Pichardo
240 Mount Hope Pl
Bronx, NY 10457

Juan L. Martinez
509 W 174th St.
apt 1A
New York, NY 10033

Juan Manuel Delgado
432 VanHouten Ave
F1
Passaic, NJ 07055

Juan Ochoa Vega
125 S. Main St
Port Chester, NY 10573

Juan Pablo Tejada
868 Hornaday Place
Bronx, NY 10457

Juan Ramirrez
184 N St. Nicole
New York, NY 10033

Juan Santos
69 Howe Ave
Apt 11
Passaic, NJ 07055

Juan Torrez
241 Sherman Ave
26B
New York, NY 10034

Juan Vazquez perez
363 Paulison Ave
Passaic, NJ 07055

Juan Zuluaga
11 Chestnut St
Apt 1
Kearny, NJ 07032

JuanC Morrobel
119 Mittle Ave
Passaic, NJ 07055

JuanJose Villalobos
417 Willow Avenue
Long Branch, NJ 07740

Juanselis Perez
53 Quincy St
Passaic, NJ 07055

Julian Latoni
871 Elton Ave
Apt 2
Bronx, NY 10451

Julian Maldonado
438 West St
Port Chester, NY 10573

Julio Aneudy Sanchez
4025 99th St.
Corona, NY 11368

Julio Hernandez
265 Valentine St.
Bronx, NY 10457

Julio Leonardo Hernandez
177 S Main St.
1st Floor
Norwalk, CT 06854

Julio Lopez Cano
48 fourth Ave
Long Branch, NJ 07740

Julio Monroy
2300 Coney Island
Brooklyn, NY 11223

Julio Rosario
87 Passaic St
Apt 2
Passaic, NJ 07055

Julio Severino
53 Henry St
Apt C4
Passaic, NJ 07055

Jumaane Benjamin
2904 Nelson Place
Washington, DC 20019

Junio M. Cabrerja-Contreras
283 Main St
Ridgefield Park, NJ 07660

Junior Marrero
183 Mariset St
2nd Floor
Paterson, NJ 07514

Keavi Hernandez
21 E Madison Ave
Clifton, NJ 07011

Keith  Davis
1439 Rustic Drive
Apt 8
Ocean, NJ 07712

Kelvin Arias
1428 Clotona Park E
Bronx, NY 10460

Kelvin Diaz Medina
157 E 16th St.
Apt 2
Paterson, NJ 07524

Keon Dillon
446 Rockaway Parkway
2B
Brooklyn, NY 11212

Kevin A. Acosta
49 Avenue B
Lodi, NJ 07644

Kevin Aroca
203 40th St
Apt 2
Union City, NJ 07087

Kevin Espinal
35 Chatsworth Place
New Rochelle, NY 10801

Kevin Mancini
1701 Tulip St
Apt 1
Philadelphia, PA 19125

Khalil Tyrique Montez
1266 E 85th St.
Brooklyn, NY 11236

Kirsi Gonzalez Rosario
1834 Troxell St.
Allentown, PA 18109

Kleenkar Corporation
52 Bellavista Avenue
Belleville, NJ 07109

Lamberto Diaz
1925 Monterey Ave
Apt 16
Bronx, NY 10457

Land Rover Glen Cove
70 Cedar Swamp Rd
Glen Cove, NY 11542

Law Offices of James F. Sullivan, P.C.
52 Duane Street
7th Floor
New York, NY 10007

Lazaro Alvarado
64 Boulevard
Suffern, NY 10901

Leandro Grullon
248 Wadsworth
Apt 3B
New York, NY 10033

Leandro Trejo Rodriguez
133 Reservoir Road
Parsippany, NJ 07054

Lee Litigation Group, PLLC
148 West 24th Street
8th Floor
New York, NY 10011

Leidy Mota Rosario
31 Austin Street
Moonachie, NJ 07074

Leonard Vivona
58 Almond Drive
Toms River, NJ 08753

Leonardo Alban
452 68th St
Apt 1F
Brooklyn, NY 11220

Leonardo Lugo
271 Wayne Ave
1st Floor
Paterson, NJ 07502

Leonel Decena
86 Spring St
1st Floor
Passaic, NJ 07055

Leonel Vargas
108 Wilton Ave
Middlesex, NJ 08846

Lester Soto
11 Fernwood Place
Old Bridge, NJ 08857

Lexus Financial Services
PO Box 5855
Carol Stream, IL 60197

Leyvin Maldonado
438 West Street
Apt 1
Port Chester, NY 10573

Los Gallos
239 Monroe Street
Passaic, NJ 07055

LRN Distributors LLC
1225 Seaman Ave
Beachwood, NJ 08722

Luis A. Cruz
1 Post Avenue
Apt 51
New York, NY 10034

Luis A. Sasntos
407 Summer St.
Orange, NJ 07051

Luis Alberto Alegria Cifuentes
243 North Park St.
East Orange, NJ 07017

Luis Alberto Gutierrez
109 West Main St.
Freehold, NJ 07728

Luis Angel Olmos Hernandez
13 Church St.
Wappingers Falls, NY 12590

Luis Antonio rojas
176 E 176th St
Apt 2B
Bronx, NY 10457

Luis Duran
120 Grove St.
Plainfield, NJ 07060

Luis Duverge
95 Spring St.
Passaic, NJ 07055

Luis Eduardo Carbajal Ardon
773 Boston
Bronx, NY 10460

Luis Ernesto Ledesma
82 Henry St
Apt 2
Passaic, NJ 07055

Luis Felipe Veloz Emilio
82 Lexington Ave
Albany, NY 12206

Luis J Segura Vega
417 W Main St.
Stamford, CT 06902

Luis Manuel De Leon
1750 Grand Concourse
Apt 6B
Bronx, NY 10457

Luis Manuel Hernandez Jimenez
715 Hollwood Ave
Bronx, NY 10465

Luis Marte
1207 11th St.
North Bergen, NJ 07047

Luis Osvaldo Armira
22 Maysenger Rd
Mahwah, NJ 07430

Luis Rafael Salobo
1811 Loning Pl
Bronx, NY 10453

Luis Rodriguez
8803 9th Ave
Apt 3
Brooklyn, NY 11214

Luis Rosario
415 E 157th St.
Apt 5C
Bronx, NY 10451

Luswin Alexander Barrera
403 Church Ave
Brooklyn, NY 11218

Luz Amparo Narino Duarte
119 Septima Ave
Long Branch, NJ 07740

Manhattan Jeep Chrysler Dodge, Inc.
c/o  Wilk Auslander LLP
1515 Broadway 43rd Fl
New York, NY 10036


Manuel A. Hernandez
649 Gregory Ave
Clifton, NJ 07011


Manuel Alejandro De La Cruz


Manuel Diaz-Minaya
4814 E Avenue
Brooklyn, NY 11218


Manuel Morillo
35 Morris Ave
Apt 4
Garfield, NJ 07026


Manuel Rodriguez Taveras
731 East 161 St.
Apt 16C
Bronx, NY 10456


Manuel Rustrian
175 E Marshall St
Hempstead, NY 11550


Manuel Toj
105-20 Otis Ave
Corona, NY 11368


marc Anthony Gascot Ramos
67 Eastern Ave
Apt 54
Waterbury, CT 06708


marco Antonio Almeida Tapia
54 Oceanport Ave
Oceanport, NJ 07764


marco Antonio Colin
322 Westchester Ave
Port Chester, NY 10573


Marco Ceron
620 N Cedar Ave
Scranton, PA 18505


Marco Zamora
N Kensico Avenue
White Plains, NY 10606


Marcos Antonio Pirir Morales
20 Clinton Place
Suffern, NY 10901


Marcos Lima
23 Washington Ave
Clifton, NJ 07011


Maria Esperanza Reyes
17 Bramblen Lane
Westbury, NY 11590


Maria Nava Tapia
50 Locust Ave
Apt 27
Red Bank, NJ 07701


maria Teresa Escobar
24 B Southbrook
Eatontown, NJ 07724


Marine Marajah
505 62nd St
Apt D10
Brooklyn, NY 11220


Mario Diaz
91 Spring St.
Passaic, NJ 07055


Mario Hernandez Jr
3550 Bivona St
Apt 4D
Bronx, NY 10475


Mario Quino
224 Riverview Place
Cliffside Park, NJ 07010


Mark A. Stephen
1576 Schenectady Ave
Brooklyn, NY 11207


Mark Kirkland
443 Nazzaganiette Ave
Apt 2
Long Branch, NJ 07740

Marques Jackson
14 Rhodes Terrace
Neptune, NJ 07753

Martires Decena
490 Park Ave
Apt 1B
Haledon, NJ 07508

Marvin Hernandez
18 Lafayette St.
Suffern, NY 10901

Maserati of Bergen County
145 NJ-17
Saddle River, NJ 07458

matthew Caez
51 Ells St
Ansonia, CT 06401

Matthew Kish Jacob
447 Naugatuck Ave
Milford, CT 06460

Mauro Zambon
783 East 166th St.
Apt 2B
Bronx, NY 10459

Maximo Arismendy
390 River Rd
Apt 2J
Passaic, NJ 07055

Maximo Polanco
1424 Clay Ave
Bronx, NY 10453

Maximus Detailing Products
2 Commerce Court,
Wappingers Falls, NY 12590

Maximus Detailing Products
PO Box 86
Stormville, NY 12582

Maynor Humberto Coroy Patzan
17 Lafayette Ave
Suffern, NY 10901

Maynor Joel Cusanero
133 Lafayette St.
Suffern, NY 10901

Melanio Antonio Pena
101 West 109th St.
Apt 2B
New York, NY 10025

Melvin Diaz
260 6th Ave
Paterson, NJ 07524

Melvin Feliciano
251 45th St.
Brooklyn, NY 11220

Melvin Ramos-Cueva
248 Wardsworth Ave
Apt B
New York, NY 10033

Metro Honda
40 NJ-440
Jersey City, NJ 07305

Mi Pueblo Travel
10 Jersey Avenue
New Brunswick, NJ 08901

Michael Faillace & Associates
60 E 42nd Street
Suite 4510
New York, NY 10165

Michael pacheco
338 55th St.
Brooklyn, NY 11220

Michael Yovani Ramirez Perez
53 Drive St.
New Brunswick, NJ 08901

Michale Diaz
9 Exeter Rd
Jersey City, NJ 07305

Michel Ramos
34 Hillside Ave
Apt 2X
New York, NY 10040

Miguel Alcantara
803 Sip St
Apt 404
Union City, NJ 07087

Miguel Andonaire
151 Terrale Ave
Port Chester, NY 10573

Miguel Corporan
283 Main St
Apt 3A
Ridgefield Park, NJ 07660

Miguel Padilla
1241 Main St.
Bridgeport, CT 06604

Miguel Polanco
2087 Creston Ave
Bronx, NY 10453

Miguel Ramirez
156 Beech St.
Apt 1
Yonkers, NY 10705

Miguel Rivera
220 Madison St.
Eatontown, NJ 07724

Miguel Santana
123 Autumn St
Apt 2
Passaic, NJ 07055

Miguel Vela
37 Lafayette Ave
Suffern, NY 10901

Migueli Perez
396 E 171 St.
Apt 2E
Bronx, NY 10457

Milton Arevalo
281 Madison St.
Clifton, NJ 07011

Milton Canales
1157 Alcyon Place
Uniondale, NY 11553

Milton Pena
597 55th St.
Apt 2
West New York, NJ 07093

Milton Portillo
167 Glen Cove Ave
Apt 1D
Glen Cove, NY 11542

Mirna Ruano
155 Catherine St.
Red Bank, NJ 07701

Misael Darden Reyes

Moises Alfonso Alvarado
25 McGrady St.
Glen Cove, NY 11542

Monica G. Vasquez
590 Fulton Ave
Apt 12A
Hempstead, NY 11550

Moser Law Firm PC
5E Main St.
Huntington, NY 11743

Naiky Taveras
2000 Anthony Ave
Bronx, NY 10472

Nathan Ikokwu
1 Golcer St.
Albany, NY 12220

Nathanael Roman
1621 Union St.
D1
Brooklyn, NY 11213

Nedrick Smith
294 Summer St.
Clifton, NJ 07011

Nelson Arturo Vasquez
20 Morris St.
Morristown, NJ 07960

Nelson Enrique Carbajal Garcia
1104 E. Tremont Ave
Apt 4B
Bronx, NY 10460

Nelson Giovanni Perez
127 Eagle St.
2nd Floor
Bridgeport, CT 06607

Nelson Mejia Reynoso
896 new Street
Uniondale, NY 11553

Nelson Santiago
34 Second Ave
Long Branch, NJ 07740

Nelson Vladimir Celesten
83 Coral St.
Paterson, NJ 07522

Nery Raul Elvir Ramirrez
70 8th Avenue
Sea Cliff, NY 11579

Nestor Vergas
99 Hampton Gardens
Middlesex, NJ 08846

New Jersey Div of Taxation Revenue Processing
Corporation Business Tax
PO Box 257
Trenton, NJ 08646-0257

Nicolas Lopez
984 Bronx Park South
Bronx, NY 10460

Nicolas Lopez Rosado
c/o Cilenti & Cooper, PLLC
10 Grand Central 155 East 44th Street 6t
New York, NY 10017

Nilson Ariel Objio Encarnacion
127 Edgecombe Ave
5B
New York, NY 10030

Nixon Gramajo Perez
141 Main St.
Port Chester, NY 10573

NJ Dept of Labor Division of Wage & Hour Comp
1 John Fitch Plaza - 1st Floor
PO Box 389
Trenton, NJ 08625-0389

Noel Marte
463 40th St.
Brooklyn, NY 11232

Noel P. Tripp, Esq.
58 South Service Road
Suite 250
Melville, NY 11747

Noel Santos Sanchez
119 Chestnut St.
Brooklyn, NY 11208

Nolvin Anibal Perez
206 Grace Church St
Port Chester, NY 10573

Nolvin Anival Perez
206 Grace Church St.
Port Chester, NY 10573

Novillio Cueto
18 Arthur St.
Clifton, NJ 07011

NYS Department of Labor
Building 12
W.A. Harriman Campus
Albany, NY 12240

O. Merrill David Distributor
14 Bethwood Drive
Loudonville, NY 12211

Octavio Joel Ulloa
84 Lawrence Ave
Brooklyn, NY 11230

Odalis Berroa
39-22 51st St.
Woodside, NY 11377

Odalis Berroa Hernandez
39-22 51st St
Woodside, NY 11377

Oliver Romero Nava
50 Locust St
Apt 27
Red Bank, NJ 07701

Omar Lopez
73 Anderson Ave
Apt 7
Fairview, NJ 07022

Orlando Isuiza
332 Highland Ave
Apt 1
Clifton, NJ 07011

Orlin Maldonado
55 Pleasant Ave
Roosevelt, NY 11575

Oscar de la Cruz
3579 route 46
Apt 8A
Parsippany, NJ 07054

Oscar R. Romero
250 E 105th St
Apt 4F
New York, NY 10029

Oscar Rreyes
512 Stevens Ave
Camden, NJ 08103

Oscar Saul Mendez Guerra
136 Brewery Rd
New City, NY 10956

Oscar US
110 Cedar Hill Ave
Mahwah, NJ 07430

Oscar Zamir Cedillo Tejada
18 Novak St.
Apt 2
Norwalk, CT 06854

Oscar Zamudio
4 Madison Hill Rd
Edison, NJ 08817

Oscar Zurita
85 E Passaic St
Maywood, NJ 07607

Osly Garcia
739 Wood Ave
Bridgeport, CT 06610

Osvaldo Decena
490 Park AVe
Apt 1B
Haledon, NJ 07508

Osvaldo Valverdez
71 Passaic St
Passaic, NJ 07055

Otis Josue Castro
62 Stephen St.
Dover, NJ 07801

Otto Crespin
739 Main Ave
Passaic, NJ 07055

Paint Tastics
45 Sherman Avenue
Plainview, NY 11803

Pascual Rosas
192 Belmar Ave
Long Branch, NJ 07740

Pasquale Santolli
45 Westport St.
Staten Island, NY 10314

Patrick Michael Owen
23 Birchwood Dr.
Elka Park, NY 12427

Paul Alanya
261 Rector St
Perth Amboy, NJ 08861

Pavel Cruz
215 Passaic Ave
Passaic, NJ 07055

Pedro Hansel Urena
2363 Valentine
Bronx, NY 10458

Pedro Lopez
514 W 135th St.
New York, NY 10031

Pedro Robles
37 Elm Ave
Glen Cove, NY 11542

Pedro Santana
73 Maple St.
Paterson, NJ 07522

Pedro Santos Fermin
160 Great Rd
Maple Shade, NJ 08052

Pjk Sales Inc
521 Valley Brook Ave
Lyndhurst, NJ 07071

PLS Check Cashers
6901 4th Avenue
Brooklyn, NY 11209

Purshawm Sawh
120-11 10th Ave
South Ozone Park, NY 11420

Radhame Garcia Mendoza
59 South Center Ave
Apt 1
Rockville Centre, NY 11570

Rafael A. Lopez Aquino
207 Parker Ave
Apt 1
Clifton, NJ 07011

Rafael Antonio rivera Montes
65 Westerlo St.
Albany, NY 12202

Rafael Cueto
32 Sherman St.
Passaic, NJ 07055

Rafael De La Cruz
280 Madison Ave
Passaic, NJ 07055

Rafael Gardia
3100 Balley Ave
TMT2
Bronx, NY 10463

Rafael Monterroso
9 Matthews Lane
Glen Cove, NY 11542

Rafael Rodriguez
1509 Summit Ave
Apt 1A
Union City, NJ 07087

Rafael Uribe
756 East 175th St.
Bronx, NY 10457

Rainier Arias
211 Bishop Blvd
North Brunswick, NJ 08902

Rallye  Leasing, Inc.
c/o Bond Schoeneck & King PLLC
600 3rd Ave, 22nd Fl
New York, NY 10016

Rallye Glen Cove, LLC
c/o Bond Schoeneck & King PLLC
600 3rd Ave, 22nd Fl
New York, NY 10016

Rallye Motors Holding, LLC
c/o Bond Schoeneck & King PLLC
600 3rd Ave, 22nd Fl
New York, NY 10016

Rallye Motors, LLC
c/o B ond Schoeneck & King PLLC
600 3rd Ave, 22nd Fl
New York, NY 10016

Rallye Northern, LLC
c/o Bond Schoeneck & King PLLC
600 3rd Ave, 22nd Fl
New York, NY 10016

Rallye Roslyn Holding, LLC
c/o Bond Schoeneck & King PLLC
600 3rd Ave, 22nd Fl
New York, NY 10016

Rallye Roslyn, LLC
c/o Bond Schoeneck & King PLLC
600 3rd Ave, 22nd Fl
New York, NY 10016

Rallye Westbury, LLC
c/o Bond Schoeneck & King PLLC
600 3rd Ave, 22nd Fl
New York, NY 10016

Ramel Salik Kirkpatrick
36 Rockwell Ave
Apt 8G
Long Branch, NJ 07740

Ramon Alberto Ferreira
2885 Hill Ave
Bronx, NY 10463

Ramon Alfredo Rosario Vasquez
444 Rand St.
Camden, NJ 08105

Ramon Dueverge
95 Spring St
1st Floor
Passaic, NJ 07055

Ramon Eduardo Ulloa
181 Clinton St.
Paterson, NJ 07522

Ramon Perez
c/o Lee Litigation Group, PLLC
148 West 24th Street, 8th fl
New York, NY 10011

Randy Amedee
350 B South St.
Eatontown, NJ 07724

Randy Gibson
115 North 5th St
Long Branch, NJ 07740

Randy Leandro Patricio
79 Sherman St.
Passaic, NJ 07055

Raul M. Placencia
72 Sherman St
Apt 3
Passaic, NJ 07055

Raul Martinez Jimenez
154 Parer Ave
Poughkeepsie, NY 12601

Raul Siancas
c/o Moser Law Firm PC
5 E. Main Street
Huntington, NY 11743

Raul Sobeeranes
26 Kipp Place
Paterson, NJ 07513

Raul Us
130 Washington Ave
Suffern, NY 10901

Reginal Rabel
485 11th Ave
Paterson, NJ 07514

Rene Alexander Velasquez
2015 Bruckner Blvd
Bronx, NY 10472

Reny Cueto Jimenez
33 Van Cleve
Clifton, NJ 07011

Renzo Rivadeneira
204 5th Ave
Apt 2
Asbury Park, NJ 07712

Richar Joel Puculpala Morocho
12 Elliot St.
Newark, NJ 07104

Richard Cespedes
2 N Lincoln Place
Apt 2
Garfield, NJ 07026

Richard De Leon
6908 3rd Ave
Brooklyn, NY 11209

Rigoberto Macario
224 Riverview Place
Cliffside Park, NJ 07010

Robert Diaz
760 Atlantic St.
Bridgeport, CT 06604

Robert Gutierrez Rosario
c/o Michael Faillace & Associates
60 E. 42nd St., Ste 4510
New York, NY 10165

Robert J. Mora
69 James St.
Bloomfield, NJ 07003

Robert Marcelo Melo Tapia
54 Oceanport Ave
West Long Branch, NJ 07764

Robert Sanchez
25 Memorial Park
Spring Valley, NY 10977

Roberto Antonio Orellana Cuellar
155 Catherin eSt.
Red Bank, NJ 07701

Roberto Felix
34 Midland Avenue
Garfield, NJ 07026

Roberto Jose Gonzalez
1 Post Ave
New York, NY 10034

Roberto Perez
72 Hayes St.
Newark, NJ 07103

robinson Guerra
2482 Neptune Ave
Seaford, NY 11783

Roelmer Fuentex
14-02 89th Ave
Jamaica, NY 11435

Ronald Medina
595 Trinity Ave
Apt 21E
Bronx, NY 10455

Ronald Rodriguez
34 Unio Road
Clinton, NJ 08809

Ronan Pacheco
1999 Morris Avenue
Bronx, NY 10453

rony Sadi Flores
10 Washington Ct
Hempstead, NY 11550

Route 23 Honda
700 NJ-23
Pompton Plains, NJ 07444

Rreynaldo Sanchez
1774 Eastburn Ave
Apt 1G
Bronx, NY 10457

Ruben D. Gomez
479 Park Ave
Paterson, NJ 07504

Ruben D. Suero
124 Farnham Ave
1stFloor
Garfield, NJ 07026

Ruben Melendez
881 Madison Ave
Apt 1
Paterson, NJ 07501

Rudy J Yanes
44 Grove St
Glen Cove, NY 11542

Ryan Anormaliza
71 Paggi Terr
Wappingers Falls, NY 12590

Sadiel Peralta
602 W 190th St.
New York, NY 10040

Samuel & Stein
1441 Broadway
Suite 6085
New York, NY 10018

Samuel Balbuena
145 Scudder Ave
Northport, NY 11768

Samuel Isaac Orellana Merlos
391 McKinley St
Apt 2
Fairview, NJ 07022

Samuel Lopez Guzman
145 Catherine St.
Red Bank, NJ 07701

Sandra Marcela Agudelo Moncada
2140 Apollo Dr.
Ocean, NJ 07712

Santiago Jovel
10 River Street
Red Bank, NJ 07701

Sasul Osoria
7 Chestnut St.
Suffern, NY 10901

Saul Alvarado
209 E. 19th St.
Paterson, NJ 07524

Saul Armando Rivera Garcia
611 Wardell St.
Long Branch, NJ 07740

Secundino Huz
121 Brakeshoe Place
Mahwah, NJ 07430

Seecharran parmanan
16426 110th Rd
Jamaica, NY 11433

Segundo M. Cubas
22 West 1st St.
Clifton, NJ 07011

Selvin Estrada
37 Armett St.
Port Chester, NY 10573

Selvin Recinos
162 Morris St.
Morristown, NJ 07960

Sergio F. Cruzado
29 Speedwell Place
Apt 2
Morristown, NJ 07960

Sergio Reyes
561 E 18th St.
Apt 18
Bronx, NY 10458

Shasky Noel Santana
87 Church St.
Haledon, NJ 07508

Silverio Cruz
1 Post Ave
Apt 51
New York, NY 10034

Siro Alvarez
96 Maple
Apt 6
Paterson, NJ 07522

Socorro Corominal
121 Brake Shoe Place
Mahwah, NJ 07430

Socrate Luzon
726 Dekalb Ave
Apt 3A
Brooklyn, NY 11216

Sonia Lopez
406 3rdAve
Apt 1
Asbury Park, NJ 07712

State of New Jersey
Division of Taxation
PO Box 245
Trenton, NJ 08695

Steven Agudelo
36 Florence Ave
White Plains, NY 10607

Steven Mercado
1310 N Randolph St.
Philadelphia, PA 19122

Steven Tatis
334 60th St.
3rd Floor
Brooklyn, NY 11220

Stevens Louis Juste
17 Ruby St
Elmont, NY 11003

TD Card Services
P.O. Box 23072
Columbus, GA 31902-3072

Teresa Rivera
151 Terrace Ave
Port Chester, NY 10573

The Check Cashing Place
560 Sylvan Avenue
2nd Floor
Englewood Cliffs, NJ 07632

Tobias Guerrero
294 Oak St
Apt 2
Passaic, NJ 07055

Tolls by Mail Payment Processing Center
PO Box 15183
Albany, NY 12212

Tomas Antonio Garcia
60 W  Fulton Ave
Roosevelt, NY 11575

Tomas Robert Gonzales
18 Cherry St.
Red Bank, NJ 07701

Toni Fernandez
305 Hawthorne Ave
Chappaqua, NY 10514

Ulises Reyes
705 Gerard Ave
Bronx, NY 10451

US Department of Labor
201 Varick Street, Room 983
Attn:  Megan J. Harris
New York, NY 10014

US Department of Labor
201 Varick Street
Room 983
New York, NY 10014

V & L Sales Inc
52 Bellavista Ave
Belleville, NJ 07109

Vayshwaan Gopaul
10759 130th St.
South Richmond Hill, NY 11419

Victor Almanzar
404 10th Ave
Paterson, NJ 07514

Victor Estrada
22 Clinton Ave
Bay Shore, NY 11706

Victor Huz
122 Brake Shoe Place
Mahwah, NJ 07430

Victor Manuel Grullon
89 Lafayette St.
Paterson, NJ 07501

Victor Manuel Tay
108 Ramapo Ave
Mahwah, NJ 07430

Victor Mejia
50 Seaman St.
New Brunswick, NJ 08901

Victor Morena
c/o Samuel & Stein
1441 Broadway
New York, NY 10018

Victor Ortiz
1202 Bergenline Ave
Union City, NJ 07087

Victoria Miller
9 Hillcrest Drive
Greenwood Lake, NY 10925

Vielman Segura
277 Cove Road
Stamford, CT 06902

Vinicio Caniz
8248 170th St.
Jamaica, NY 11432

Vivaldy A. rodriguez
109 N 6th St.
Paterson, NJ 07522

Wadis Adames Mendez
297 Lexington Ave
Apt 2
Passaic, NJ 07055

Walid Raful
595 Market St
Paterson, NJ 07513

Wallin Vargas
215 Summer St
Passaic, NJ 07055

Walter Toledo
1872 E 53rd St
Brooklyn, NY 11234

Warter De Jesus Lugo
30 Lois St
Mahwah, NJ 07430

Wayne Carl Freeman Jr
2 Gerri Ct
Wallkill, NY 12589

Wilberto Jose Tavera
975 Simpson St
5A
Bronx, NY 10459

Wilfredo Orellana
98A Catherine St.
Red Bank, NJ 07701

Wilkin rodriguez
509 W 183rd St
New York, NY 10033

William Alcazar
70 Washington
Apt 6
Suffern, NY 10901

William Espinoza Jacome
92 Lafayette Ave
2nd Floor Rear
Suffern, NY 10901

William Taveras
128 Guy Lumbardo Ave
Apt F7
Freeport, NY 11520

William Torres
39 Sussex Ave
Apt 6
Morristown, NJ 07960

Wilmer Abreu Melendez
48 South 27th St.
Camden, NJ 08105

Wilmer Gomez
7305 Bergenline Ave
2nd Floor
North Bergen, NJ 07047

Wilquin Montero Castillo
2277 Jersey City Ave
Apt 2
Jersey City, NJ 07304

Wilson Alberto Cruz Cueto
18 Arthur St.
Clifton, NJ 07011

Wilson Galindo
340 12th Avenue
Paterson, NJ 07514

Wilson Martinez
9 Orchard St
Morristown, NJ 07960

Wilson Rodriguez
67-11 Yellowstone Blvd
Forest Hills, NY 11375

Wilson Rolon
15 E Clarke Place
Bronx, NY 10452

Winston Jose Plasencia
97-05 Horace Harding Expressway
Apt 1
Corona, NY 11368

Yael Payano Vargas
458 Colorado Ave
Bridgeport, CT 06604

Yamil Medina
2309 Centennial Village
Camden, NJ 08103

Yamile Montoya
131 Acme St
Elizabeth, NJ 07202

Yanira Elizabeth Orellana
155 Catherine St.
Red Bank, NJ 07701

Yaris Bonilla
110 Leonard
Red Bank, NJ 07701

Yassir Curz Rivera
20 Reade Place
Apt A
Poughkeepsie, NY 12601

Yessica Hormaza
1024 Huff Ave
Manville, NJ 08835

Yeury J Marte Jimenez
826 7th St.
1st Floor
Secaucus, NJ 07094

Yoel Martin Dias Vasquez
30 De Dongar
New York, NY 10040

Yohansi tobias
132 E Clinton Ave
Clifton, NJ 07011

Yorby Mordan Santana
668 Brace Ave
Perth Amboy, NJ 08861

Yordany  Sosa
94 Ursula Place
Stamford, CT 06902

Yovani Michael Ramirez
62 Paulus Blvd
New Brunswick, NJ 08901

Ysidoro Jimenez Rodriguez
382 E 199th St
Apt 6
Bronx, NY 10458

Yunio Enrique Mendez Feliz
82 Lexington Ave
Albany, NY 12206

# United States Bankruptcy Court

_____
District of New Jersey

**In re**  Ernie's Auto Detailing, Inc.

Case No. _____

**Debtor**

Chapter <sup>11</sup> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 15,000.00

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 500.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
   approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]



6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/22/2021
_____

*Date*

/s/ Donald F. Campbell, Jr., 030402001
_____

*Signature of Attorney*

Giordano, Halleran & Ciesla, P.C.
_____

*Name of law firm*

125 Half Mile Road
Suite 300
Red Bank, NJ 07701-6777
(732) 741-3900
dcampbell@ghclaw.com

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

Ernie's Auto Detailing, Inc.
_____ Chapter _____  11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Buenaventura Decena 86 Spring Street, Passaic, NJ 07055 | 100 | General partner |

**United States Bankruptcy Court**
**District of New Jersey**

In
re   **Ernie's Auto Detailing, Inc.** _____

                                       Debtor(s)

Case
No. _____

Chapter   **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Buenaventura Decena**, declare under penalty of perjury that I am the President of Ernie's Auto Detailing, Inc., and that the following is true and correct.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Buenaventura Decena, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Buenaventura Decena, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Buenaventura Decena, President** of this Corporation is authorized and directed to employ **Donald F. Campbell, Jr.**, attorney and the law firm of **Giordano Halleran & Ciesla, PC** to represent the corporation in such bankruptcy case."

Date _____

Signed _____
          **Buenaventura Decena, President**

Resolution

of

**Ernie's Auto Detailing, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code:

Be It Therefore Resolved, that **Buenaventura Decena, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Buenaventura Decena, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Buenaventura Decena, President** of this Corporation is authorized and directed to employ **Donald F. Campbell, Jr.**, attorney and the law firm of **Giordano Halleran & Ciesla, PC** to represent the corporation in such bankruptcy case.

Date _____        Signed _____
                                                  Buenaventura Decena, President

Docs #5357853-v1